Gwendolyn L. Spivey, Randolph P. Murrell, Federal Defender Office, Tallahassee, FL, for Defendant–Appellant.

Before TJOFLAT, WILSON and COX, Circuit Judges.

Before TJOFLAT, EDMONDSON and HILL, Circuit Judges.

PER CURIAM:

Mark Graham Hanson, appointed counsel for Joel James Lynch, filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record, as well as Lynch's response to counsel's motion to withdraw, reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED,** and Lynch's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joel James LYNCH, Defendant–**
**Appellant.**

**No. 09–11035**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 22, 2009.

Kathleen M. Williams, Jan C. Smith, II, Miami, FL, for Defendant–Appellant.